

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2022

No. 04-22-00164-CV

Marvin **HARRIS**,
Appellant

v.

Desire **TORES**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2009CI02472
Honorable John D. Gabriel Jr., Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are assessed against appellant.

It is so **ORDERED** on May 25, 2022.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2022.

_____
Michael A. Cruz, Clerk of Court